# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINE MARIE BROOKS,                :        No. 3:17cv1467
          **Plaintiff**             :

                                     :        **(Judge Munley)**

                                     :

       **v.**                    :        **(Magistrate Judge Arbuckle)**

                                     :

NANCY A. BERRYHILL,                     :
*Acting Commissioner of Social*         :
*Security,*                             :
             **Defendant**            :

FILED
SCRANTON

APR 1 7 2019

PER
DEPUTY CLERK

## ORDER

**AND NOW**, to wit, this ___ day of April 2019, we have before us for

disposition Magistrate Judge William I. Arbuckle's report and recommendation,

which proposes that the plaintiff's request for a new administrative decision be

granted and the ALJ's decision denying the plaintiff's application for benefits

under the Social Security Act be vacated.

No objections to the report and recommendation have been filed, and the

time for such filing has passed. Therefore, in deciding whether to adopt the

report and recommendation, we must determine if a review of the record

evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory

Committee Notes ("When no timely objection is filed, the court need only satisfy

itself that there is no clear error on the face of the record to accept the

recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice. Accordingly, it is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 14) is **ADOPTED**;

2) The ALJ's decision denying the plaintiff's application for benefits under the Social Security Act is **VACATED**;

3) The Clerk of Court is directed to remand this case to the Commissioner to conduct a new administrative hearing;

4) The Clerk of Court is directed to enter judgment in favor of the plaintiff; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court